

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Jessica Martinez-Lopez,

                Petitioner

v.

Jefferson B. Sessions III, et al.

                Respondents.

Civil Action No. 17cv2473-CAB(BLM)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds the Petition for Writ of Habeas Corpus is granted.
It is further ordered:
1. Within 14 days of this order, Respondents must provide Petitioner a hearing before an IJ in which the government bears the burden to demonstrate that Petitioner is either a flight risk or a danger to society;
2. If the government fails to show that Petitioner poses either a danger or a flight risk, the IJ shall set a reasonable bond for Petitioner's release pending the conclusion of her withholding of removal and CAT case.

Date: 1/19/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

                R. Chapman, Deputy