

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Martinez-Lopez <br><br> Petitioner, <br> V. <br> See attachment <br><br> Respondents. | Civil Action No. 17cv2473-CAB(BLM) <br><br> **AMENDED** <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds the Petition for Writ of Habeas Corpus is granted.
It is further ordered:
1. Within 14 days of this order, Respondents must provide Petitioner a hearing before an IJ in which the government bears the burden to demonstrate that Petitioner is either a flight risk or a danger to society;
2. If the government fails to show that Petitioner poses either a danger or a flight risk, the IJ shall set a reasonable bond for Petitioner's release pending the conclusion of her withholding of removal and CAT case.

Date: 1/23/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17cv2473-CAB(BLM)

Respondent
Jefferson B. Sessions III
in his official capacity as Attorney General of the United States

Respondent
Kirstjen Nielsen
in her official capacity as the Secretary of the Department of Homeland Security

Respondent
Gregory J. Archambeault
in his official capacity as the San Diego Field Office Director, Immigrations and Customs Enforcement and Removal Opperations

Respondent
Fred Figueroa
in his official capacity as the warden for the "CoreCivic" Otay Mesa Detention Facility